# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-17-0275-F |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Lisa Nelson brings this action for judicial review of the Commissioner of the Social Security's final decision that she was not "disabled" under the terms of the Social Security Act. *See*, 42 U.S.C. §§ 405(g), 423(d)(1)(A).

Magistrate Judge Suzanne Mitchell made a Report and Recommendation (doc. no. 28, the Report), recommending entry of judgment affirming the Commissioner's decision. The Report advised the parties that any objection to the Report was due by April 20, 2018, and that failure to make timely objection to the Report waives the right to appellate review of both factual and legal questions addressed in the Report. No objection to the Report has been filed and no request has been made for an extension of time within which to object or otherwise respond to the Report.

Having reviewed the Report, and with there being no objection to the Report, the court concurs in the recommended rulings stated in the Report. Given the detailed analysis contained in the Report, the court finds that no purpose would be

served by any further discussion here, and that the Report should be adopted in its entirety.

The Report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. As recommended in the Report, the court hereby **AFFIRMS** the Commissioner's final decision that plaintiff was not "disabled" under the terms of the Social Security Act.

IT IS SO ORDERED this 24th day of April, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0275p001.docx